BORIS FELDMAN, State Bar No. 128838
Email:  boris.feldman@wsgr.com
ELIZABETH C. PETERSON, State Bar No. 194561
Email:  epeterson@wsgr.com
CHERYL FOUNG, State Bar No. 108868
Email:  cfoung@wsgr.com
DIANE M. WALTERS, State Bar No. 148136
Email:  dwalters@wsgr.com
BRYSON S. SANTAGUIDA, State Bar No. 255173
Email:  bsantaguida@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

*Attorneys for Defendants and Nominal Defendant Google Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re GOOGLE INC. SHAREHOLDER DERIVATIVE LITIGATION | Master File No. CV-11-04248-PJH |
| This Document Relates To: | **STIPULATION AND [PROPOSED] ORDER REGARDING ADR CERTIFICATION AND SELECTION PROCESS** |
| ALL ACTIONS | DATE:    N/A<br>TIME:    N/A<br>JUDGE:  Hon. Phyllis J. Hamilton |

Pursuant to Civil L.R. 16-8 and ADR L.R. 3-5, counsel report that they have met and conferred regarding ADR and have reached the following stipulation:

On August 29, 2011, three shareholder derivative actions were filed purportedly on behalf of Google Inc. ("Google").  The parties subsequently filed a Stipulation and [Proposed] Order Consolidating Actions and Appointing Lead Counsel, which was entered by the Court on September 19, 2011 ("September 19, 2011 Order").  Pursuant to the schedule set in the September 19, 2011 Order, plaintiffs' Consolidated Amended Complaint is due to be filed on October 24, 2011.  Defendants intend to file motions to dismiss asserting, among other things, that plaintiffs lack standing to pursue this action.  In light of the current procedural posture, the parties respectfully believe that the ADR certification and selection process is premature at this time, particularly given that the operative complaint has not yet been filed and the exact identities of the parties is not yet known.  The parties agree that private mediation at some point during the course of this litigation may be appropriate if the Court finds that plaintiffs have standing and that the yet to be filed operative complaint states a claim.

Dated:  October 18, 2011                                Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA  94304-1050


By: /s/ Elizabeth C. Peterson
       Elizabeth C. Peterson

Attorneys for Defendants and Nominal Defendant Google Inc.

STIPULATION AND [PROPOSED]                 -2-
ORDER RE ADR CERTIFICATION AND
SELECTION PROCESS
MASTER FILE NO. CV-11-04248-PJH

| | | |
|---|---|---|
| 1 | Dated: October 18, 2011 | Respectfully submitted, |
| 2 | | ROBBINS GELLER RUDMAN & DOWD LLP |
| 3 | | DARREN J. ROBBINS |
| | | TRAVIS E. DOWNS III |
| 4 | | BENNY C. GOODMAN III |
| | | ERIK W. LUEDEKE |

By: /s/ Travis E. Downs III
       Travis E. Downs III

655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
 & DOWD LLP
SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

POMERANTZ HAUDEK GROSSMAN
& GROSS LLP
MARC I. GROSS
JEREMY A. LIEBERMAN
JASON S. COWART
FEI-LU QIAN
100 Park Avenue
New York, NY 10017-5516
Telephone: 212/661-1100
212/661-8665 (fax)

POMERANTZ HAUDEK GROSSMAN
& GROSS LLP
PATRICK V. DAHLSTROM
Ten South La Salle Street, Suite 3505
Chicago, IL 60603
Telephone: 312/377-1181
312/377-1184 (fax)

Lead Attorneys for Plaintiffs

*I, Elizabeth C. Peterson, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING ADR CERTIFICATION AND SELECTION PROCESS.  In compliance with General Order 45, X.B., I hereby attest that Travis E. Downs III has concurred in this filing.*

STIPULATION AND [PROPOSED]                         -3-
ORDER RE ADR CERTIFICATION AND
SELECTION PROCESS
MASTER FILE NO. CV-11-04248-PJH

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 10/25/11

_____
THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*