BORIS FELDMAN, State Bar No. 128838
Email:  boris.feldman@wsgr.com
ELIZABETH C. PETERSON, State Bar No. 194561
Email:  epeterson@wsgr.com
CHERYL FOUNG, State Bar No. 108868
Email:  cfoung@wsgr.com
DIANE M. WALTERS, State Bar No. 148136
Email:  dwalters@wsgr.com
BRYSON S. SANTAGUIDA, State Bar No. 255173
Email:  bsantaguida@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

*Attorneys for Defendants Larry Page, Sergey Brin, Eric E. Schmidt, L. John Doerr, John L. Hennessy, Paul S. Otellini, K. Ram Shriram, Shirley M. Tilghman, Nikesh Arora, Patrick Pichette, and Nominal Defendant Google Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re GOOGLE INC. SHAREHOLDER DERIVATIVE LITIGATION | Master File No. CV-11-04248-PJH |
| This Document Relates To:<br><br>ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' RESPONSE TO COMPLAINT**<br>       AS MODIFIED<br>DATE:    N/A<br>TIME:     N/A<br>JUDGE:   Hon. Phyllis J. Hamilton |

1    WHEREAS, on October 24, 2011, plaintiffs filed their Verified Consolidated
2    Shareholder Derivative Complaint (the "Complaint");

3    WHEREAS, pursuant to the September 19, 2011 Stipulation and Order Consolidating
4    Actions and Appointing Lead Counsel entered by the Court (Dkt. #15), Defendants have thirty
5    days from the October 24, 2011 filing of the Complaint, or until November 23, 2011, to respond
6    to the Complaint;

7    WHEREAS, due to intervening circumstances, including a death in the immediate family
8    of one of Defendants' attorneys, Defendants have requested, subject to Court approval, that the
9    deadline for Defendants to respond to the Complaint be extended until December 14, 2011, and
10   plaintiffs have agreed to the requested extension;

11   WHEREAS, the parties have further agreed, subject to Court approval, that plaintiffs'
12   opposition to Defendants' motion(s) to dismiss shall be filed no later than January 31, 2012, and
13   Defendants' reply memoranda shall be filed no later than March 1, 2012;

14   WHEREAS, the requested extension is not for the purpose of delay and will not prejudice
15   any party;

16   WHEREAS, the parties have further met and conferred regarding applicable page-length
17   requirements and have agreed that in the event that Defendants file a consolidated motion in
18   response to the Complaint, rather than multiple, individual motions, Defendants shall have the
19   option to file a single, consolidated motion not to exceed 50 pages, in lieu of filing separate 25-
20   page briefs;

21   WHEREAS, in the event that Defendants file a single, consolidated motion in response to
22   the Complaint, Plaintiffs shall have the option of filing a single, consolidated opposition brief of
23   equal length;

24   THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the
25   undersigned, subject to Court approval, as follows:

26   1.    Defendants shall have until December 14, 2011 to respond to the Complaint;
27   2.    Plaintiffs shall have until January 31, 2012 to file their brief(s) in opposition to
28   Defendants' motion(s) to dismiss;

1     3.   Defendants shall have until March 1, 2012 to file their reply brief(s);

2     4.   Defendants shall have the option to file a single, consolidated motion in response to the Complaint not to exceed ~~50~~ 40 pages, in lieu of filing separate 25-page briefs; and

      5.   In the event that Defendants file a single, consolidated motion, plaintiffs shall have the option of filing a single, consolidated opposition of equal length.

Dated: November 16, 2011                 Respectfully submitted,

                                         WILSON SONSINI GOODRICH & ROSATI
                                         Professional Corporation
                                         650 Page Mill Road
                                         Palo Alto, CA  94304-1050


                                         By: /s/ Elizabeth C. Peterson
                                               Elizabeth C. Peterson

                                         Attorneys for Defendants and Nominal
                                         Defendant Google Inc.

Dated: November 16, 2011                 ROBBINS GELLER RUDMAN
                                         & DOWD LLP
                                         DARREN J. ROBBINS
                                         TRAVIS E. DOWNS III
                                         BENNY C. GOODMAN III
                                         ERIK W. LUEDEKE


                                         By: /s/ Benny C. Goodman III
                                               Benny C. Goodman III

                                         655 West Broadway, Suite 1900
                                         San Diego, CA 92101-3301
                                         Telephone: 619/231-1058
                                         619/231-7423 (fax)

                                         ROBBINS GELLER RUDMAN
                                          & DOWD LLP
                                         SHAWN A. WILLIAMS
                                         Post Montgomery Center
                                         One Montgomery Street, Suite 1800
                                         San Francisco, CA 94104
                                         Telephone: 415/288-4545
                                         415/288-4534 (fax)

STIPULATION AND [PROPOSED]              -3-
ORDER RE BRIEFING SCHEDULE
MASTER FILE NO. CV-11-04248-PJH

| | |
|---|---|
|1| ROBBINS UMEDA LLP |
| | BRIAN J. ROBBINS |
|2| FELIPE J. ARROYO |
| | SHANE P. SANDERS |
|3| GINA STASSI |
| | 600 B Street, Suite 1900 |
|4| San Diego, CA 92101 |
| | Telephone: 619/525-3990 |
|5| 619/525-3991 (fax) |
|6| |
| | POMERANTZ HAUDEK GROSSMAN |
|7| & GROSS LLP |
| | MARC I. GROSS |
|8| JEREMY A. LIEBERMAN |
| | JASON S. COWART |
|9| FEI-LU QIAN |
| | 100 Park Avenue |
|10| New York, NY 10017-5516 |
| | Telephone: 212/661-1100 |
|11| 212/661-8665 (fax) |
|12| POMERANTZ HAUDEK GROSSMAN |
| | & GROSS LLP |
|13| PATRICK V. DAHLSTROM |
| | Ten South La Salle Street, Suite 3505 |
|14| Chicago, IL 60603 |
| | Telephone: 312/377-1181 |
|15| 312/377-1184 (fax) |
|16| Lead Counsel for Plaintiffs |
|17| |
|18| I, Elizabeth C. Peterson, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR |
|19| DEFENDANTS' RESPONSE TO COMPLAINT.  In compliance with General Order 45, X.B., I hereby attest that Benny C. Goodman III has concurred in this filing. |
|20| |
|21| |
|22| |
|23| |
|24| |
|25| |
|26| |
|27| |
|28| |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 11/17/11

_____
THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton