UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: GOOGLE, INC. SHAREHOLDER
DERIVATIVE LITIGATION
_____/

No. 11-4248 PJH

**ORDER RE DEFENDANTS'
MOTION TO DISMISS**

This Action Relates To:

ALL ACTIONS
_____/

      The court is in receipt of the parties' stipulation regarding the March 6, 2013 hearing on defendants' fully briefed motion to dismiss. The parties request that the March 6 hearing date be taken off calendar, and that the motion, which was filed on July 6, 2012, be heard on April 24, 2013. In light of the extended period of time that defendants' motion has already been pending, the ongoing settlement negotiations, and the possibility that yet another continuance may be requested, for administrative purposes, the court hereby TERMINATES defendants' motion to dismiss. Once the parties decide to go forward with the motion, defendants shall contact the courtroom deputy about desired dates for the hearing and then may re-notice the motion for hearing on any available date. The parties need not re-file the briefs that have already been submitted.

      **IT IS SO ORDERED.**

Dated: February 27, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge