BORIS FELDMAN, State Bar No. 128838
Email:  boris.feldman@wsgr.com
ELIZABETH C. PETERSON, State Bar No. 194561
Email:  epeterson@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

*Attorneys for Defendants Larry Page, Sergey Brin, Eric E. Schmidt, L. John Doerr, John L. Hennessy, Paul S. Otellini, K. Ram Shriram, Shirley M. Tilghman and Nominal Defendant Google Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re GOOGLE INC. SHAREHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Master File No. CV-11-04248-PJH<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENDING TEMPORARY STAY OF PROCEEDINGS**<br><br>JUDGE:    Hon. Phyllis J. Hamilton |

1   WHEREAS, Plaintiffs filed their Second Amended Verified Consolidated Shareholder
2   Derivative Complaint on November 1, 2013 ("Second Amended Complaint") (Dkt. No. 92);

3   WHEREAS, on December 6, 2013, Defendants filed a Motion to Dismiss the Second
4   Amended Complaint (Dkt. No. 105);

5   WHEREAS, the parties completed briefing on Defendants' Motion to Dismiss on February
6   14, 2014 (*see* Dkt. Nos. 112 and 117);

7   WHEREAS, on March 5, 2014, the Court held a hearing on Defendants' Motion to
8   Dismiss and took the matter under submission (*see* Dkt. No. 119);

9   WHEREAS, on March 11, 2014, the parties stipulated, subject to the Court's approval, that
10  (1) all proceedings in this action be stayed for sixty days from the date the Stipulation is approved
11  by the Court, in order to allow the parties to explore the potential resolution of this action through
12  a private mediation process, and (2) the parties reserved the right to modify the Stipulation, with
13  the Court's approval, depending on the progress of their discussions (*see* Dkt. No. 122);

14  WHEREAS, on March 12, 2014, the Court ordered, pursuant to stipulation of the parties,
15  that all proceedings in this action shall be stayed for sixty days from March 12, 2014, that is, until
16  May 12, 2014 (*see* Dkt. No. 123);

17  WHEREAS, also on March 12, 2014, the Court issued a further Order indicating that it
18  would be amenable to an extension of the stay if it would facilitate resolution of the case, but set a
19  final deadline of August 1, 2014, by which time the parties must either (1) advise the court that
20  settlement has been reached, or (2) terminate the motions pending on the court's docket, or
21  alternatively, take no action, in which case the Court would assume that the case is proceeding and
22  would issue orders on any pending motions (*see* Dkt. No. 124);

23  WHEREAS, the parties have met and conferred and have agreed that an extension of the
24  stay for an additional sixty days will facilitate a potential resolution by allowing the parties to
25  continue their discussions;

26  THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the
27  undersigned, subject to the Court's approval, as follows:

28

1. All proceedings in this action shall be stayed until July 11, 2014, in order to allow the parties to explore the potential resolution of this action through a private mediation process.

2. The parties reserve the right to seek to modify this Stipulation subject to the August 1, 2014 deadline, with the Court's approval, depending on the progress of their discussions.

IT IS SO STIPULATED.

Dated: April 25, 2014                                   Respectfully submitted,

                                                        WILSON SONSINI GOODRICH & ROSATI
                                                        Professional Corporation
                                                        650 Page Mill Road
                                                        Palo Alto, CA  94304-1050


                                                        By: /s/ Elizabeth C. Peterson
                                                              Elizabeth C. Peterson

                                                        Attorneys for Individual Defendants and
                                                        Nominal Defendant Google Inc.


Dated: April 25, 2014                                   ROBBINS GELLER RUDMAN
                                                        & DOWD LLP
                                                        DARREN J. ROBBINS
                                                        TRAVIS E. DOWNS III
                                                        BENNY C. GOODMAN III
                                                        ERIK W. LUEDEKE

                                                        By: /s/ Benny C. Goodman, III
                                                              Benny C. Goodman, III

                                                        655 West Broadway, Suite 1900
                                                        San Diego, CA 92101-3301
                                                        Telephone: 619/231-1058
                                                        619/231-7423 (fax)

                                                        ROBBINS GELLER RUDMAN
                                                         & DOWD LLP
                                                        SHAWN A. WILLIAMS
                                                        Post Montgomery Center
                                                        One Montgomery Street, Suite 1800
                                                        San Francisco, CA 94104
                                                        Telephone: 415/288-4545
                                                        415/288-4534 (fax)

|   |   |
|---|---|
| 1 | ROBBINS UMEDA LLP |
|   | BRIAN J. ROBBINS |
| 2 | FELIPE J. ARROYO |
|   | SHANE P. SANDERS |
| 3 | GINA STASSI |
|   | 600 B Street, Suite 1900 |
| 4 | San Diego, CA 92101 |
|   | Telephone: 619/525-3990 |
| 5 | 619/525-3991 (fax) |

POMERANTZ HAUDEK GROSSMAN
& GROSS LLP
MARC I. GROSS
JEREMY A. LIEBERMAN
JASON S. COWART
FEI-LU QIAN
100 Park Avenue
New York, NY 10017-5516
Telephone: 212/661-1100
212/661-8665 (fax)

POMERANTZ HAUDEK GROSSMAN
& GROSS LLP
PATRICK V. DAHLSTROM
Ten South La Salle Street, Suite 3505
Chicago, IL 60603
Telephone: 312/377-1181
312/377-1184 (fax)

Lead Counsel for Plaintiffs

I, Elizabeth C. Peterson, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING EXTENDING TEMPORARY STAY OF PROCEEDINGS. In compliance with Civil L.R. 5-1, I hereby attest that Benny C. Goodman, III has concurred in this filing.

/s/ Elizabeth C. Peterson
Elizabeth C. Peterson

**<u>ORDER</u>**

PURSUANT TO STIPULATION, IT IS SO ORDERED. All proceedings in this action shall be until July 11, 2014.

Dated: April 29, 2014

THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE