BORIS FELDMAN, State Bar No. 128838
Email: boris.feldman@wsgr.com
ELIZABETH C. PETERSON, State Bar No. 194561
Email: epeterson@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

*Attorneys for Defendants Larry Page, Sergey Brin, Eric E. Schmidt, L. John Doerr, John L. Hennessy, Ann Mather, Paul S. Otellini, K. Ram Shriram, Shirley M. Tilghman and Nominal Defendant Google Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re GOOGLE INC. SHAREHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br>    ALL ACTIONS. | Master File No. CV-11-04248-PJH |
| CITY OF ORLANDO POLICE PENSION FUND by Its Trustees, derivatively on behalf of GOOGLE INC.,<br><br>                    Plaintiffs,<br>   vs.<br>LAWRENCE E. PAGE, et al.,<br>                    Defendants.<br>   and<br>GOOGLE INC., a Delaware corporation,<br>               Nominal Defendant. | Case No. CV-13-02038-PJH<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING PROCEEDINGS ON REVIEW OF SETTLEMENT |

1  WHEREAS, on August 7, 2014, the Settling Parties executed a Stipulation of Settlement and filed a Motion for Preliminary Approval of the Proposed Derivative Settlement in these proceedings;

NOW, THEREFORE, subject to Court approval, the Settling Parties agree as follows:

1. After review of the preliminary approval papers, the Court will either enter the preliminary approval and scheduling order submitted with those papers, or will schedule a hearing on preliminary approval at a time to be specified by the Court.

2. Pursuant to the Stipulation of Settlement, all pending motions in the action captioned *In re Google Inc. Shareholder Derivative Litigation*, No. 11-CV-4248-PJH, including Defendants' pending Motion to Dismiss the Second Amended Complaint filed on December 6, 2013 (Dkt. No. 105) and, in *City of Orlando Police Pension Fund v. Page, et al.*, Case No. 13-CV-2038-PJH, Defendants' Motion for Summary Judgment filed on November 1, 2013 (Dkt. No. 43) together with all papers submitted in support or in opposition thereto, are hereby withdrawn *ab initio*, and any materials filed under seal in connection with such motions, as well as the documents filed by Defendants with the Court *in camera* on February 24, 2014, shall be returned by the Clerk of the Court to the party that submitted such materials.

| | | |
|---|---|---|
| 1 | DATED: August 7, 2014 | WILSON SONSINI GOODRICH & ROSATI, P.C. |
| 2 | | BORIS FELDMAN |
| | | ELIZABETH C. PETERSON |
| 3 | | |
| 4 | | _____s/ Boris Feldman_____ |
| 5 | | BORIS FELDMAN |
| 6 | | 650 Page Mill Road |
| | | Palo Alto, CA  94304 |
| 7 | | Telephone:  650/493-9300 |
| | | 650/493-6811 (fax) |
| 8 | | Attorneys for Defendants Larry Page, Sergey Brin, Eric E. Schmidt, L. John Doerr, John L. Hennessy, Ann Mather, Paul S. Otellini, K. Ram Shriram, Shirley M. Tilghman, and Nominal Defendant Google Inc. |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | DATED: August 7, 2014 | ROBBINS GELLER RUDMAN & DOWD LLP |
| | | BENNY C. GOODMAN III |
| 13 | | ERIK W. LUEDEKE |
| 14 | | |
| 15 | | _____/s Benny C. Goodman III_____ |
| | | BENNY C. GOODMAN III |
| 16 | | 655 West Broadway, Suite 1900 |
| | | San Diego, CA  92101-3301 |
| 17 | | Telephone:  619/231-1058 |
| | | 619/231-7423 (fax) |
| 18 | | |
| 19 | | ROBBINS GELLER RUDMAN & DOWD LLP |
| 20 | | SHAWN A. WILLIAMS |
| | | Post Montgomery Center |
| 21 | | One Montgomery Street, Suite 1800 |
| | | San Francisco, CA  94104 |
| 22 | | Telephone:  415/288-4545 |
| | | 415/288-4534 (fax) |
| 23 | | POMERANTZ LLP |
| | | MARC I. GROSS |
| 24 | | JEREMY A. LIEBERMAN |
| 25 | | 600 Third Avenue |
| | | New York, NY  10016 |
| 26 | | Telephone:  212/661-1100 |
| | | 212/661-8665 (fax) |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | | ROBBINS ARROYO LLP |
| | | BRIAN J. ROBBINS |
| 2 | | FELIPE J. ARROYO |
| | | SHANE P. SANDERS |
| 3 | | GINA STASSI |
| | | 600 B Street, Suite 1900 |
| 4 | | San Diego, CA  92101 |
| | | Telephone:  619/525-3990 |
| 5 | | 619/525-3991 (fax) |
| 6 | | LAW OFFICE OF ALFRED G. |
| | |   YATES, JR., P.C. |
| 7 | | GERALD L. RUTLEDGE |
| | | 519 Allegheny Building |
| 8 | | 429 Forbes Avenue |
| | | Pittsburgh, PA  15219 |
| 9 | | Telephone:  412/391-5164 |
| | | 412/471-1033 (fax) |
| 10 | | |
| | | Counsel for Plaintiffs Patricia H. McKenna, |
| 11 | | Avrohom Gallis and James Clem |
| 12 | DATED:  August 7, 2014 | ABRAHAM, FRUCHTER, |
| | |   & TWERSKY, LLP |
| 13 | | JEFFREY S. ABRAHAM |
| | | MITCHELL M.Z. TWERSKY |
| 14 | | PHILIP T. TAYLOR |
| 15 | | |
| | |      /s Jeffrey S. Abraham |
| 16 | | JEFFREY S. ABRAHAM |
| 17 | | One Penn Plaza, Suite 2805 |
| | | New York, NY 10119 |
| 18 | | Telephone: 212/279-5050 |
| | | 212/279-3655 (fax) |
| 19 | | |
| | | ABRAHAM, FRUCHTER, |
| 20 | |   & TWERSKY, LLP |
| | | IAN D. BERG |
| 21 | | TAKEO A. KELLAR |
| | | 12526 High Bluff Drive, Suite 300 |
| 22 | | San Diego, California 92130 |
| | | Tel: (858) 792-3448 |
| 23 | | Fax: (858) 792-3449 |
| | | Iberg@aftlaw.com |
| 24 | | tkellar@aftlaw.com |
| 25 | | Counsel for Plaintiff City of Orlando Police |
| | | Pension Fund |
| 26 | | |
| 27 | | |
| 28 | | |

1    I, Elizabeth C. Peterson, am the ECF user whose ID and password are being used to file
2    this STIPULATION AND [PROPOSED] ORDER REGARDING PROCEEDINGS ON
3    REVIEW OF SETTLEMENT. In compliance with Civil L.R. 5-1, I hereby attest that Boris
4    Feldman, Benny C. Goodman III, and Jeffrey S. Abraham have concurred in this filing.

                                    <u>    s/ Elizabeth C. Peterson         </u>
                                            Elizabeth C. Peterson

STIPULATION AND [PROPOSED] ORDER                - 4 -
REGARDING PROCEEDINGS ON REVIEW
OF SETTLEMENT

**ORDER**

Pursuant to the Stipulation, IT IS SO ORDERED.

DATED: _____     _____
THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE