1  BORIS FELDMAN, State Bar No. 128838
   Email: boris.feldman@wsgr.com
2  ELIZABETH C. PETERSON, State Bar No. 194561
   Email: epeterson@wsgr.com
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100

7  *Attorneys for Defendants Larry Page, Sergey
   Brin, Eric E. Schmidt, L. John Doerr, John L.
8  Hennessy, Paul S. Otellini, K. Ram Shriram,
   Shirley M. Tilghman and Nominal Defendant
9  Google Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re GOOGLE INC. SHAREHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Master File No. 11-CV-04248-PJH<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING HEARING ON JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>JUDGE: Hon. Phyllis J. Hamilton |

1     WHEREAS, on August 7, 2014, the parties in this action filed a Stipulation of Settlement
(Dkt. No. 132) and a Joint Motion for Preliminary Approval of Settlement (Dkt. No. 135);

    WHEREAS, on August 15, 2014, the Court took the parties' Joint Motion under submission and indicated that a preliminary approval hearing may be set at a later time (*see* Dkt. No. 138);

    WHEREAS, on October 3, 2014, the Court notified the parties that the Court would like to hold a hearing on the Joint Motion on either October 15 or 29, 2014, and instructed the parties to meet and confer and submit a stipulation setting the hearing on one of those dates (*see* Dkt. No. 139);

    WHEREAS, the parties have met and conferred and agree that the hearing should be held on October 29, 2014, beginning at 9 a.m.

    THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to the Court's approval, as follows:

1.     A hearing on the parties' Joint Motion for Preliminary Approval of Settlement shall be held on October 29, 2014, at 9 a.m.

    IT IS SO STIPULATED.

Dated: October 7, 2014                                           Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050


By: /s/ Elizabeth C. Peterson
        Elizabeth C. Peterson

Attorneys for Individual Defendants and
Nominal Defendant Google Inc.

Dated: October 7, 2014

ROBBINS GELLER RUDMAN
&amp; DOWD LLP
DARREN J. ROBBINS
TRAVIS E. DOWNS III
BENNY C. GOODMAN III
ERIK W. LUEDEKE

By: /s/ Benny C. Goodman, III
Benny C. Goodman, III

655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
&amp; DOWD LLP
SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

ROBBINS ARROYO LLP
BRIAN J. ROBBINS
FELIPE J. ARROYO
SHANE P. SANDERS
GINA STASSI
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: 619/525-3990
619/525-3991 (fax)

POMERANTZ HAUDEK GROSSMAN
&amp; GROSS LLP
MARC I. GROSS
JEREMY A. LIEBERMAN
JASON S. COWART
FEI-LU QIAN
100 Park Avenue
New York, NY 10017-5516
Telephone: 212/661-1100
212/661-8665 (fax)

POMERANTZ HAUDEK GROSSMAN
&amp; GROSS LLP
PATRICK V. DAHLSTROM
Ten South La Salle Street, Suite 3505
Chicago, IL 60603
Telephone: 312/377-1181
312/377-1184 (fax)

Lead Counsel for Plaintiffs

| | |
|---|---|
| 1 | I, Elizabeth C. Peterson, am the ECF user whose ID and password are being used to file |
| 2 | this STIPULATION AND [PROPOSED] ORDER REGARDING HEARING ON JOINT |
| 3 | MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT.  In compliance with Civil |
| 4 | L.R. 5-1, I hereby attest that Benny C. Goodman, III has concurred in this filing. |

                              /s/ Elizabeth C. Peterson
                                Elizabeth C. Peterson

**<u>ORDER</u>**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  A hearing on the parties' Joint Motion for Preliminary Approval of Settlement shall be held on October 29, 2014, at 9 a.m.

DATED: October 8, 2014

                              THE HONORABLE PHYLLIS J. HAMILTON
                              UNITED STATES DISTRICT JUDGE