UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

Date: October 29, 2014   (Time: 27 minutes)    JUDGE: Phyllis J. Hamilton

Case No:  C-11-4248 PJH
          C-13-2038 PJH
Case Name:    In Re Google Inc. Shareholder Derivative Litigation
              City of Orlando Police Pension Fund v. Page, et al.

Attorney(s) for Plaintiff:    Benny Goodman; Felipe Arroyo (11-4248 PJH)
                              Ian Berg; Jeffrey Abraham (13-2038 PJH)
Attorney(s) for Defendant:    Boris Feldman; Elizabeth Peterson

Deputy Clerk: Nichole Heuerman        Court Reporter: Kathy Wyatt

PROCEEDINGS

   Joint Motion for Preliminary Approval of Derivative Settlement-GRANTED as stated on the record. The Final Approval Hearing will be held on January 21, 2015 at 9:00 a.m.

Order to be prepared by:   [] Pl [] Def  []  Court

Notes:

cc: chambers