ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
  – and –
TRAVIS E. DOWNS III (148274)
BENNY C. GOODMAN III (211302)
ERIK W. LUEDEKE (249211)
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)
travisd@rgrdlaw.com
bennyg@rgrdlaw.com
eluedeke@rgrdlaw.com

POMERANTZ LLP
MARC I. GROSS
JEREMY A. LIEBERMAN
MARIE L. OLIVER
600 Third Avenue
New York, NY 10016
Telephone: 212/661-1100
212/661-8665 (fax)
migross@pomlaw.com
jalieberman@pomlaw.com
mloliver@pomlaw.com

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re GOOGLE INC. SHAREHOLDER DERIVATIVE LITIGATION ) ) ) This Document Relates To: ) ) ALL ACTIONS. ) ) | Master File No. 4:11-CV-11-04248-PJH<br><br>DECLARATION OF FELIPE J. ARROYO FILED ON BEHALF OF ROBBINS ARROYO LLP IN SUPPORT OF MOTION FOR FINAL APPROVAL OF DERIVATIVE SETTLEMENT |

I, Felipe J. Arroyo, declare as follows:

1. I am a partner with the firm of Robbins Arroyo LLP. I am submitting this declaration in support of the Motion for Final Approval of Derivative Settlement filed in the above-entitled action.

2. This firm is Co-Lead Counsel for Plaintiffs.

3. The information in this declaration regarding the firm's time and expenses is taken from time and expense printouts and supporting documentation prepared and/or maintained by the firm in the ordinary course of business. I am the partner who oversaw the day-to-day activities in the litigation and I reviewed these printouts (and backup documentation where necessary or appropriate) in connection with the preparation of this declaration. The purpose of this review was to confirm both the accuracy of the entries on the printouts as well as the necessity for, and reasonableness of, the time and expenses committed to the litigation. As a result of this review, reductions were made to both time and expenses in the exercise of "billing judgment." As a result of this review and the adjustments made, I believe that the time reflected in the firm's lodestar calculation and the expenses for which payment is sought as set forth in this declaration are reasonable in amount and were necessary for the effective and efficient prosecution and resolution of the litigation. In addition, I believe that the expenses are all of a type that would normally be charged to a fee-paying client in the private legal marketplace.

4. After the reductions referred to above, the total number of hours spent on this litigation by my firm is 628.75. The total lodestar amount for attorney/paraprofessional time based on the firm's current rates is $337,662.50. The hourly rates shown below are the usual and customary rates set by the firm for each individual. A breakdown of the lodestar is as follows:

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Felipe J. Arroyo | (P) | 209.50 | $750 | $157,125.00 |
| Shane P. Sanders | (A) | 143.75 | $500 | $71,875.00 |
| Gina Stassi | (A) | 238.50 | $425 | $101,362.50 |
| Anna Marie Miller | (PL) | 8.25 | $240 | $1,980.00 |
| Ricardo Salazar | (PL) | 7.25 | $200 | $1,450.00 |

| | | | |
|---|---|---|---|
| Annalee T. Thompson | (PL) | 21.50 | $180 | $3,870.00 |
| **TOTAL:** | | **628.75** | | ***$337,662.50*** |

(P) Partner
(A) Associate
(PL) Paralegal

5. Attached hereto as **Exhibit A** is a categorized hours and lodestar chart breaking down my firm's lodestar from the inception of the litigation through November 25, 2014.

6. My firm seeks an award of $15,204.82 in expenses in connection with the prosecution of the litigation. They are broken down as follows:

### EXPENSES/CHARGES

From Inception to November 25, 2014

| CATEGORY | TOTAL |
|---|---|
| Transportation, Hotels & Meals | $11,405.71 |
| Photocopies | $808.00 |
| Postage | $22.93 |
| Telephone, Facsimile | $82.00 |
| Messenger, Overnight Delivery | $147.66 |
| Filing, Witness & Other Fees | $1,708.00 |
| Online Legal and Financial Research | $1,030.52 |
| **TOTAL** | ***$15,204.82*** |

7. The following is additional information regarding certain of these expenses:

(a) Transportation, Hotels & Meals: $11,405.71.

| NAME | DATE | DESTINATION | PURPOSE |
|---|---|---|---|
| Shane P. Sanders | 4/11/12 | Oakland, CA | Hearing: Motion to Dismiss |
| Felipe J. Arroyo | 11/13/12 | San Francisco, CA | Mediation |
| Felipe J. Arroyo | 3/10/13 | New York, NY | Mediation |
| Gina Stassi | 12/3/13 | Oakland, CA | Hearing: Motion to Intervene |
| Gina Stassi | 3/5/14 | Oakland, CA | Hearing: Motion to Dismiss |
| Felipe J. Arroyo | 5/20/14 | New York, NY | Mediation |
| Felipe J. Arroyo | 10/27/14 | Oakland, CA | Hearing: Motion for Preliminary Approval |

(b) Photocopying:

In-house (3,232 copies @ $0.25 per copy): $808.00.

DECLARATION OF FELIPE J. ARROYO – Case No. 4:11-CV-11-04248-PJH          - 2 -

1         (c)    Filing, Witness and Other Fees: $1,708.00. These costs have been paid to the court for filing fees and to attorney service firms or individuals who either: (i) served process of the complaint or subpoenas, or (ii) obtained copies of court documents for plaintiffs. These costs were necessary to the prosecution of the case to file the complaint, to serve the complaint and subpoenas, and to investigate the facts.

       (d)    Online Legal and Financial Research: $1,030.52. These included vendors such as Lexis Nexis, PACER Service Center, and West Publishing Corporation. These databases were used to obtain access to SEC filings, legal research, and cite-checking of briefs.

8.    The expenses pertaining to this case are reflected in the books and records of this firm. These books and records are prepared from receipts, expense vouchers, check records and other documents and are an accurate record of the expenses/charges.

9.    The identification and background of my firm and its partners is attached hereto as **Exhibit B**.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of December, 2014, at San Diego, California.

_____
FELIPE J. ARROYO

998964

DECLARATION OF FELIPE J. ARROYO – Case No. 4:11-CV-11-04248-PJH      - 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 9, 2014.

                                             s/ Benny C. Goodman III
                                             BENNY C. GOODMAN III

                                             ROBBINS GELLER RUDMAN
                                                    & DOWD LLP
                                             655 West Broadway, Suite 1900
                                             San Diego, CA  92101-8498
                                             Telephone:  619/231-1058
                                             619/231-7423 (fax)

                                             E-mail: BennyG@rgrdlaw.com

# Mailing Information for a Case 4:11-cv-04248-PJH In re Google Inc. Shareholder Derivative Litigation

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeffrey S. Abraham**
  jabraham@aftlaw.com

- **Felipe Javier Arroyo**
  farroyo@robbinsarroyo.com,notice@robbinsarroyo.com

- **Ian David Berg**
  iberg@aftlaw.com,tkellar@aftlaw.com

- **Patrick V. Dahlstrom**
  pdahlstrom@pomlaw.com

- **Marshall Pierce Dees**
  mdees@holzerlaw.com

- **Travis E. Downs , III**
  travisd@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Boris Feldman**
  bbahns@wsgr.com

- **Michael I. Fistel , Jr**
  michaelf@johnsonandweaver.com

- **Benny Copeline Goodman , III**
  bennyg@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Marc Ian Gross**
  migross@pomlaw.com

- **Kathleen Ann Herkenhoff**
  kah@weiserlawfirm.com,jmf@weiserlawfirm.com,hl@weiserlawfirm.com

- **Darren T. Kaplan**
  dkaplan@chitwoodlaw.com

- **Peter John Koenig**
  peter@whk-law.com,serena@whk-law.com,beau@whk-law.com

- **Nicole Catherine Lavallee**
  nlavallee@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com,lpvega@pomlaw.com

- **Erik William Luedeke**
  eluedeke@rgrdlaw.com

- **Elizabeth Catherine Peterson**
  epeterson@wsgr.com,vshreve@wsgr.com,sstrain@wsgr.com,bbahns@wsgr.com,dgavril@wsgr.com,dwalters@wsgr.com

- **Anthony David Phillips**
  aphillips@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Brian J. Robbins**
  notice@robbinsarroyo.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **Shane Palmesano Sanders**
  ssanders@robbinsarroyo.com,notice@robbinsarroyo.com

- **Bryson Scott Santaguida**
  bsantaguida@wsgr.com

- **Gideon A. Schor**
  gschor@wsgr.com,ageritano@wsgr.com

- **Gina Stassi**
  gstassi@robbinsarroyo.com,notice@robbinsarroyo.com

- **Joseph J. Tabacco , Jr**
  jtabacco@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Philip Taylor**
  PTaylor@aftlaw.com

- **Mitchell M.Z. Twersky**
  mtwersky@aftlaw.com

- **Diane Marie Walters**
  dwalters@wsgr.com,vshreve@wsgr.com

- **Tamar A Weinrib**
  taweinrib@pomlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Marc                L Gross
Pomerantz Haudek Block Grossman & Gross LLP
100 Park Avenue
26th Floor
New York, NY 10017

R.                  James Hogdson
Pomerantz Haudek Block Grossman & Gross LLP
100 Park Avenue
16th Floor
New York, NY 10017

Takeo               A. Kellar
Abraham Fruchter & Twersky, LLP
12526 High Bluff Drive,
Suite 300
San Diego, CA 92130

Fei-Lu              Qian
Pomerantz Haudek Grossman & Gross LLP
100 Park Avenue
16th Floor
New York, NY 10017
```