ABRAHAM, FRUCHTER
  & TWERSKY, LLP
JEFFREY S. ABRAHAM
MITCHELL M.Z. TWERSKY
One Penn Plaza, Suite 2805
New York, NY 10119
Telephone: 212/279-5050
212/279-3655 (fax)
  – and –
IAN D. BERG
TAKEO A. KELLAR
12526 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: 858/792-3448
858/792-3449 (fax)

Counsel for Plaintiff City of Orlando Police Pension Fund

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re GOOGLE INC. SHAREHOLDER DERIVATIVE LITIGATION | Master File No. CV-11-04248-PJH |
| This Document Relates To:<br><br>  ALL ACTIONS. | |
| CITY OF ORLANDO POLICE PENSION FUND by Its Trustees, derivatively on behalf of GOOGLE INC.,<br><br>                    Plaintiffs,<br>vs.<br>LAWRENCE E. PAGE, et al.,<br>                    Defendants.<br>    and<br>GOOGLE INC., a Delaware corporation,<br><br>                    Nominal Defendant. | Case No. CV-13-02038-PJH<br><br>DECLARATION OF JEFFREY S. ABRAHAM FILED ON BEHALF OF ABRAHAM, FRUCHTER & TWERSKY, LLP IN SUPPORT OF DERIVATIVE SETTLEMENT |

I, Jeffrey S. Abraham, declare as follows:

1. I am a member of Abraham, Fruchter & Twersky, LLP, counsel for City of Orlando Police Pension Fund in the above captioned actions. I am submitting this declaration in support of final approval of the derivative settlement in the above captioned actions.

2. The information in this declaration regarding my firm's time and expenses is taken from time and expense printouts and supporting documentation prepared and/or maintained by the firm in the ordinary course of business. I am the partner who was responsible for overseeing the day-to-day activities in the litigation. I supervised the review of the time printouts (and backup documentation where necessary or appropriate) in connection with the preparation of this declaration. The purpose of this review was to confirm both the accuracy of the information submitted to the Court as well as the necessity for, and reasonableness of, the time and expenses committed to the litigation. As a result of this review, reductions were made to both time and expenses in the exercise of "billing judgment." As a result of this review and the adjustments made, I believe that the time reflected in the firm's lodestar calculation and the expenses for which payment is sought as set forth in this declaration are reasonable in amount and necessary for the effective and efficient prosecution and resolution of the litigation. In addition, I believe that the expenses are all of a type that would normally be charged to a fee-paying client in the private legal marketplace.

3. After the reductions referred to above, the total number of hours spent on this litigation by my firm is 2,297.25. The total lodestar amount for attorney/paraprofessional time based on the firm's current rates is $1,406,858.75. The hourly rates shown below are the usual and customary rates set by the firm for each individual. A breakdown of the lodestar is as follows:

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Jeffrey S. Abraham | (P) | 418.25 | $795.00 | $332,508.75 |
| Jack G. Fruchter | (P) | 36.00 | $795.00 | $28,620.00 |
| Mitchell M.Z. Twersky | (P) | 93.00 | $795.00 | $73,935.00 |
| Ian D. Berg | (OC) | 648.00 | $650.00 | $421,200.00 |
| Lawrence D. Levit | (OC) | 21.75 | $650.00 | $14,137.50 |
| Atara Hirsch | (OC) | 18.50 | $650.00 | $12,025.00 |
| Takeo A. Kellar | (A) | 510.75 | $550.00 | $280,912.50 |
| Philip T. Taylor | (A) | 378.50 | $475.00 | $179,787.50 |
| Arthur Chen | (A) | 90.00 | $425.00 | $38,250.00 |
| Wei Chen | (A) | 53.50 | $395.00 | $21,132.50 |
| Paralegal(s) | (PL) | 29.00 | $150.00 | $4,350.00 |
| **TOTAL:** | | 2,297.25 | | $1,406,858.75 |

(P) Partner

(OC) Of Counsel

(A) Associate

(PL) Paralegal

4. Attached hereto as Exhibit A is a categorized hours and lodestar chart breaking down my firm's lodestar from the inception of the litigation through December 8, 2014. We have made an effort in connection with the joint fee application to provide uniform categories together with the plaintiffs from the demand futility action. However, in order to assist the Court in understanding the process in which the time was allocated, I believe that an explanation and description of some of the guiding principles employed in allocating the time would be helpful for the Court's understanding and, therefore, follows.

(a) One manner in which the time expended by my firm differs from the other firms with which we are making the joint application is that we represented a client who made a demand on Google's board of directors rather than proceeding under a demand futility theory. The time related to the demand process is included in "Category 1" which encompasses the time spent on drafting the complaint and the related investigation conducted in connection with filing a complaint.

DECLARATION OF JEFFREY S. ABRAHAM FILED ON BEHALF OF ABRAHAM, FRUCHTER & TWERSKY, LLP IN SUPPORT OF DERIVATIVE SETTLEMENT - 2 -

Also included within this category is the time spent responding to the inquiries made initially by Google and then by counsel for the Special Committee in response to Plaintiff's demand.

(b) Category 3, which is titled "Pleadings, Briefs & Pretrial Motions," includes time spent, relating to the research, strategizing and briefing relating to the motion to dismiss, the motion for reconsideration, the motion for summary judgment and a motion to unseal the record. Although Defendants ultimately withdrew the motion for reconsideration, they did so after a Case Management Conference in which counsel came prepared to argue with respect to both the procedural propriety of the motion and the merits.

(c) Category 2 which encompasses pre-trial discovery includes the time related to complying with the requirements of the automatic disclosure provisions of Fed. R. Civ. P. 26(a)(1), propounding discovery on Defendants after the motion to dismiss was denied, reviewing the documents produced by Defendants and preparing to move to compel the production of documents from Defendants. No motion to compel was made but much of the research and analysis underlying this process ultimately made its way into the Rule 56(d) affidavit filed in connection with Plaintiff's cross-motion for additional discovery Plaintiff made in partial response to Defendants' motion for summary judgment. The actual time spent working on those motion papers, however, is included with in Category 3, relating to briefing of motions.

(d) Category 6 encompasses client communication. Plaintiff is a public pension fund with a board of trustees and outside counsel. At all times we kept our client informed of major developments related to the litigation. In addition, we kept our client informed with respect to all settlement discussions and awaited their necessary approval with respect to all key actions including, without limitation, the filing of the action and the agreement to settle the matter.

5. My firm seeks an award of $52,774.73 in expenses in connection with the prosecution of the litigation. They are broken down as follows:

*EXPENSES/CHARGES*

From Inception to December 8, 2014

| CATEGORY | | TOTAL |
|---|---|---|
| Transportation, Hotels & Meals | | $9,786.75 |
| Telephone, Facsimile | | $38.44 |
| Messenger, Overnight Delivery | | $765.82 |
| Filing, Witness & Other Fees | | $2,155.50 |
| Court Hearing and Deposition Reporting, and Transcripts | | $104.00 |
| Online Legal and Financial Research | | $2,696.72 |
| Mediation Fees | | $3,125.00 |
| Experts/Consultants/Investigators | | $34,102.50 |
| Timothy Mackey, MAS, PhD | $3,165.00 | |
| Jesse M. Fried | $8,325.00 | |
| Keegan & Donato Consulting | $22,612.50 | |
| *TOTAL* | | *$52,774.73* |

6. The following is additional information regarding certain of these expenses:

(a) Transportation, Hotels & Meals: $9,786.75.

| NAME | DATE | DESTINATION | PURPOSE |
|---|---|---|---|
| Ian D. Berg (OC) Takeo A. Kellar (A) | 11/13/2012 | Oakland, CA | Mediation |
| Ian D. Berg (OC) | 7/24/2013 | Oakland, CA | Motion to Dismiss Hearing |
| Ian D. Berg (OC) | 10/18/2013 | Oakland, CA | CMC Hearing |
| Ian D. Berg (OC) | 1/29/2014 | Oakland, CA | Motion for Summary Judgment |
| Jeffrey S. Abraham (P) Ian D. Berg (OC) | 10/29/2014 | Oakland, CA | Joint Preliminary Approval of Settlement |
| Ian D. Berg (OC) | 1/21/2015 | Oakland, CA | Final Approval Hearing |

Local Meals: Included in the total for Transportation, Hotels & Meals is $1,712.91 representing hotel and meal costs during travel to above-referenced mediations and hearings.

(b) Filing, Witness and Other Fees: $2,155.50. These costs have been paid to courts as fees or to attorney service firms. These costs were necessary to the prosecution of the case, and related to the following: (1) the filing of the complaint (2) service of the complaint (3) delivery of courtesy copies of pleadings to the Court (4) retrieving documents related to the factual investigation of this action and (5) the filing of *pro hac vice* applications.

| DATE | VENDOR | DESCRIPTION |
|---|---|---|
| 05/23/2013 | All-N-One Legal Support, Inc. | Courtesy copy preparation/delivery |
| 05/23/2013 | All-N-One Legal Support, Inc. | Courtesy copy preparation/delivery |
| 10/17/2013 | Clerk of the Court | Certificate of Good Standing for Pro Hac |
| 10/17/2013 | State of New York | Certificate of Good Standing for Pro Hac |
| 12/11/2013 | US District Court | *Pro hac vice* application for Mitchell M.Z. Twersky |
| 12/19/2013 | US District Court | *Pro hac vice* application for Jeffrey S. Abraham |
| 12/19/2013 | US District Court | *Pro hac vice* application for Philip T. Taylor |
| 01/06/2014 | All-N-One Legal Support, Inc. | Courtesy copy preparation/delivery |
| 01/24/2014 | All-N-One Legal Support, Inc. | Filling delivery |
| 03/14/2014 | All-N-One Legal Support, Inc. | Filing delivery |

(c) Court Hearing and Deposition Reporting, and Transcripts: $104.00.

| DATE | VENDOR | DESCRIPTION |
|---|---|---|
| 03/18/2014 | Raynee H. Mercado, CSR | Transcript |
| 10/30/2014 | Kathy Wyatt | Transcript |

(d) Online Legal and Financial Research: $2,696.72. These included vendors such as LEXIS/ NEXIS and PACER SERVICE CENTER. These databases were used to obtain access to SEC filings, legal research, obtain pleadings from other related actions and cite-checking of briefs.

(e) Mediation Fees: $3,125.00. These are the fees AF&T paid to Layne Phillips for his mediation services leading to the settlement of the Litigation.

(f) Experts/Consultants/Investigators: $34,102.50.

(i) We retained Professor Timothy Mackey, the Director of the Global Health Policy Institute and an Assistant Professor of Anesthesiology and Global Public Health (and an Investigator at the San Diego Center for Patient Safety) at the University of California, San Diego School of Medicine, as an expert to help us evaluate and develop elements of the proposed user safety initiative and other related settlement proposals. Total amount paid to Professor Timothy Mackey was $3,165.00.

(ii) We retained Jesse Fried, a Professor of Law at Harvard University and former Professor of Law and Faculty Co-Director of the Berkeley Center of Law, as an expert on executive compensation and corporate governance issues, to review Google's corporate governance

1 and propose changes to strengthen the Company's corporate governance. Total amount paid to Professor Jesse Fried was $8,325.00.

    (iii) We retained Keegan & Donato Consulting to assist in the valuation of the settlement terms; Keegan & Donato constructed and conducted a market survey concerning expected increased usage of Google's services based upon consumer knowledge of the User Safety Initiative. Total amount paid to Keegan & Donato Consulting was $22,612.50.

7. The expenses pertaining to this case are reflected in the books and records of this firm. These books and records are prepared from receipts, expense vouchers, check records and other documents and are an accurate record of the expenses/charges.

8. The identification and background of my firm and its partners is attached hereto as Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of December, 2014, at New York, New York.

                _____
                JEFFREY S. ABRAHAM

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 9, 2014.

                                      s/ Benny C. Goodman III
                                      BENNY C. GOODMAN III

                                      ROBBINS GELLER RUDMAN
                                              & DOWD LLP
                                      655 West Broadway, Suite 1900
                                      San Diego, CA 92101-8498
                                      Telephone: 619/231-1058
                                      619/231-7423 (fax)

                                      E-mail: BennyG@rgrdlaw.com

# Mailing Information for a Case 4:11-cv-04248-PJH In re Google Inc. Shareholder Derivative Litigation

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeffrey S. Abraham**
  jabraham@aftlaw.com

- **Felipe Javier Arroyo**
  farroyo@robbinsarroyo.com,notice@robbinsarroyo.com

- **Ian David Berg**
  iberg@aftlaw.com,tkellar@aftlaw.com

- **Patrick V. Dahlstrom**
  pdahlstrom@pomlaw.com

- **Marshall Pierce Dees**
  mdees@holzerlaw.com

- **Travis E. Downs , III**
  travisd@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Boris Feldman**
  bbahns@wsgr.com

- **Michael I. Fistel , Jr**
  michaelf@johnsonandweaver.com

- **Benny Copeline Goodman , III**
  bennyg@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Marc Ian Gross**
  migross@pomlaw.com

- **Kathleen Ann Herkenhoff**
  kah@weiserlawfirm.com,jmf@weiserlawfirm.com,hl@weiserlawfirm.com

- **Darren T. Kaplan**
  dkaplan@chitwoodlaw.com

- **Peter John Koenig**
  peter@whk-law.com,serena@whk-law.com,beau@whk-law.com

- **Nicole Catherine Lavallee**
  nlavallee@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com,lpvega@pomlaw.com

- **Erik William Luedeke**
  eluedeke@rgrdlaw.com

- **Elizabeth Catherine Peterson**
  epeterson@wsgr.com,vshreve@wsgr.com,sstrain@wsgr.com,bbahns@wsgr.com,dgavril@wsgr.com,dwalters@wsgr.com

- **Anthony David Phillips**
  aphillips@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Brian J. Robbins**
  notice@robbinsarroyo.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **Shane Palmesano Sanders**
  ssanders@robbinsarroyo.com,notice@robbinsarroyo.com

- **Bryson Scott Santaguida**
  bsantaguida@wsgr.com

- **Gideon A. Schor**
  gschor@wsgr.com,ageritano@wsgr.com

- **Gina Stassi**
  gstassi@robbinsarroyo.com,notice@robbinsarroyo.com

- **Joseph J. Tabacco , Jr**
  jtabacco@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Philip Taylor**
  PTaylor@aftlaw.com

- **Mitchell M.Z. Twersky**
  mtwersky@aftlaw.com

- **Diane Marie Walters**
  dwalters@wsgr.com,vshreve@wsgr.com

- **Tamar A Weinrib**
  taweinrib@pomlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Marc               L Gross
Pomerantz Haudek Block Grossman & Gross LLP
100 Park Avenue
26th Floor
New York, NY 10017

R.                 James Hogdson
Pomerantz Haudek Block Grossman & Gross LLP
100 Park Avenue
16th Floor
New York, NY 10017

Takeo              A. Kellar
Abraham Fruchter & Twersky, LLP
12526 High Bluff Drive,
Suite 300
San Diego, CA 92130

Fei-Lu             Qian
Pomerantz Haudek Grossman & Gross LLP
100 Park Avenue
16th Floor
New York, NY 10017
```