# EXHIBIT A

Case4:11-cv-04248-PJH   Document157-1   Filed12/09/14   Page1 of 2

<u>CITY OF ORLANDO POLICE PENSION FUND v. LARRY PAGE ET AL.</u>

Master File No. CV-11-04248-PJH / Case No. CV-13-02038-PJH

Firm Name: Abraham, Fruchter & Twersky, LLP
Reporting Period: Inception through December 8, 2014

Categories:

| | |
|---|---|
| (1) Factual Investigation | (6) Client / Shareholder Communications |
| (2) Discovery | (7) Litigation Strategy & Analysis |
| (3) Pleadings, Briefs & Pretrial Motions | (8) Settlement Negotiations, Stipulation |
| (4) Court Appearances | |
| (5) Draft Initial or Amended Complaint | |

| Name | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | Current Hours | Rate | Current Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jeffrey Abraham | P | 24.75 | 22.25 | 193.50 | 3.00 | 7.00 | | 14.25 | 153.50 | 418.25 | $ 795.00 | $332,508.75 |
| Jack Fruchter | P | | | 24.00 | | | | 12.00 | | 36.00 | $ 795.00 | $28,620.00 |
| Mitchell M.Z. Twersky | P | | | 32.50 | | | 5.00 | 13.50 | 42.00 | 93.00 | $ 795.00 | $73,935.00 |
| Ian D. Berg | OC | | 39.00 | 442.50 | 19.00 | 4.00 | 5.00 | 10.00 | 128.50 | 648.00 | $ 650.00 | $421,200.00 |
| Lawrence D. Levit | OC | 14.50 | | | | 7.25 | | | | 21.75 | $ 650.00 | $14,137.50 |
| Atara Hirsch | OC | | | | | | 18.50 | | | 18.50 | $ 650.00 | $12,025.00 |
| Takeo A. Kellar | A | | 16.50 | 420.25 | | 14.50 | | | 59.50 | 510.75 | $ 550.00 | $280,912.50 |
| Philip T. Taylor | A | 101.00 | 48.75 | 103.00 | | 48.00 | 7.75 | | 70.00 | 378.50 | $ 475.00 | $179,787.50 |
| Arthur Chen | A | | | | | | | | 90.00 | 90.00 | $ 425.00 | $38,250.00 |
| Wei Chen | A | | 8.75 | 44.75 | | | | | | 53.50 | $ 395.00 | $21,132.50 |
| Paralegal(s) | PL | 2.00 | | 22.00 | | | | | 5.00 | 29.00 | $ 150.00 | $4,350.00 |
| *TOTAL:* | | 142.25 | 135.25 | 1,282.50 | 22.00 | 80.75 | 36.25 | 49.75 | 548.50 | 2,297.25 | | $1,406,858.75 |

(P) Partner
(A) Associate
(OC) Of Counsel
(PL) Paralegal